# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tiffany Marie Guzman**

    Plaintiff

vs.          **CASE NUMBER: 6:21-cv-385 (FJS)**

**Commissioner of Social Security**

    Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERS that Plaintiff's motion for judgment on the pleadings, see Dkt. No. 17, is DENIED; and the Court further ORDERS that Defendant's motion for judgment on the pleadings, see Dkt. No. 19, is GRANTED; and the Court further ORDERS that the Commissioner's decision is AFFIRMED and Plaintiff's complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr. dated the 29th day of July, 2022.

DATED: August 1, 2022

*[Signature]*
Clerk of Court

    s/Kathy Rogers
    Deputy Clerk